# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                          Plaintiff,<br><br>vs.<br><br>NICKIE INVESTMENTS, INC., et al.,<br><br>                          Defendant. | CASE NO. 18cv936-LAB (BLM)<br><br>**ORDER DISMISSING CASE [Dkt. 8]** |

Following their notice of settlement, the Court instructed the parties to submit a joint dismissal by October 22, 2018. They have now done so. Their joint motion to dismiss the case is **GRANTED** and this case is **DISMISSED WITH PREJUDICE.**

Dated: October 5, 2018

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge